·JOHN WANAMAKER, Respondent, *v.* THOMAS J. POWERS, JR., Appellant.

*Wanamaker* v. *Powers*, 102 App. Div. 485, affirmed.
(Submitted October 15, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on a contract of guaranty.

*Nathan P. Bushnell* for appellant.

*Gerard Roberts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J. Not sitting: WILLARD BARTLETT, J.

---

JACOB SERVISS, Respondent, *v.* INTERNATIONAL PAPER COMPANY, Appellant.

*Serviss* v. *International Paper Co.*, 105 App. Div. 626, affirmed.
(Argued October 16, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Henry Purcell* for appellant.

*Arthur L. Chapman* and *Louis B. Dewey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.